# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  NONDAS LELOUDAS             )      Case No. 21 B 11531
                                    )
                                    )      Chapter 13
     Debtor(s)                )
                                    )      Judge:   DONALD R CASSLING

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

NONDAS LELOUDAS                       ARTHUR C CZAJA
1600 THACKER ST #701               via Clerk's ECF noticing procedures
DES PLAINES, IL 60016

Please take notice that on December 02, 2021 at 10:00 am., I will appear before the Honorable
Judge DONALD R CASSLING or any judge sitting in the judge's place and present the motion
set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No
personal appearance in court is necessary or permitted. To appear and be heard on the motion,
you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID
and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.
Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the
password is 619. The meeting ID and password can also be found on the judge's page on the
court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection
is timely filed, the motion will be called on the presentment date. If no Notice of Objection is
timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to
the persons named above by U.S. mail or by the methods indicated on November 09, 2021.

                                             /s/ Thomas H. Hooper

                                           Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

RE:  NONDAS LELOUDAS                    )        Case No. 21 B 11531
                                        )
                                        )        Chapter 13
      Debtor(s)                         )
                                        )        Judge:   DONALD R CASSLING


**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**


Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11
U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On October 07, 2021 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

Pursuant to 11 U.S.C. § 1326 (a)(1), "Unless the court orders otherwise, the debtor shall
commence making payments not later than 30 days after the date of filing of the plan or the order
for relief, whichever is earlier..."

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 1 | $1,443.03 | $0.00 | $1,443.03 |


A summary of the 3 most recent receipt items is set forth below:        Report Date: 11/09/2021
                                                                        Due Each Month: $1,443.03
                                                                        Next Payment Due: 12/06/2021


| Receipt Date | Ref Number | Amount |
|---|---|---|

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this
Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900